UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:     PROCEEDINGS UNDER CHAPTER 13
Alexander Cano     CASE NO. 20-10517-AJC

_____ **Debtor(s) /**

CERTIFICATE OF SERVICE

I certify that a true copy of the **Objection to Claim 5-1 and Notice of Hearing** were served as follows on **March 31, 2020**:

**The following entities were served by electronic transmission:**
Nancy K. Neidich     e2c8f01@ch13miami.com, ecf2@ch13miami.com
Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

**The following were served as follows:**

Navient Solutions, LLC on behalf of
Department of Education Loan Services
Ascendium Education Solutions, Inc.
P.O. Box 8961
Madison, WI 53708

Navient Solutions, LLC
C/o Beth Dries
Loan Servicing Specialist
220 Lasley Ave
Wilkes-Barre, PA 18706

William Pelham Barr
Attorney General of the United States
950 Pennsylvania Avenue N.W.
Washington, DC 20530
Certified Mail: 7010-1670-0000-0159-6133

Betsy Devos, Secretary of Education
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202
Certified Mail: 7010-1670-0000-0159-6140

Ariana Fajardo Orshan
US Attoreny for Southern District of Florida
99 NE 4th ST
Miami, FL 33132
Certified Mail: 7010-1670-0000-0159-6157

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq.**
*Attorney for Debtor*
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

\_\_\_/s/ (FILED ECF)_____(The Debtor's Attorney)
Patrick L. Cordero, Esq., FL Bar No. 801992